B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Michael R. Smith, Sr.**                                   Case No.  **08-10080-DWH**
                         Debtor(s)                                  Chapter   **11**

## ***AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property*** | Yes | 1 | $2,669,000.00 | | |
| B - Personal Property | No | 0 | $2,400,953.64 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims** | Yes | ***2 | | $1,444,140.16 | |
| E - Creditors Holding Unsecured Priority Claims*** (Total of Claims on Schedule E) | Yes | ***3 | | ***$19,075.13 | |
| F - Creditors Holding Unsecured Nonpriority Claims*** | Yes | 3 | | ***Unknown | |
| G - Executory Contracts and Unexpired Leases | No | 0 | | | |
| H - Codebtors*** | Yes | ***2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $16,382.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $17,999.00 |
| TOTAL | | ***11 | $5,069,953.64 | ***Unknown | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Michael R. Smith, Sr.**  Case No. **08-10080-DWH**
Debtor(s)  Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

State the following:

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | $0.00 |
| Average Expenses (from Schedule J, Line 18) | $0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $0.00 |

State the following:

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $0.00 |

B6A (Official Form 6A) (12/07)

In re  **Michael R. Smith, Sr.**                                           Case No.  __08-10080-DWH__
                                    Debtor(s)

## ***AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| House and Lot located at 1317 Ridgewood Drive, Starkville, MS | Homestead | ***J | ~$287,000.00 | $247,461.37 |
| R & D Facility, located at 320 Airport Road, Starkville, MS | | NA | ~1,350,000.00 | $571,981.68 |
| Engineering Office, located at 2117 Washington Ave., Columbus, IN | | NA | ~152,000.00 | $95,406.95 |
| Rental house and lot, located at 1617 Lark Drive, Gautier, MS | | NA | ~158,000.00 | $119,928.28 |
| 202 ac. of timber land, located in Richland, Rankin County, MS | | NA | ~687,000.00 | $357,823.88 |
| Lazy Magnolia Brewing Company, located in Kiln, MS | Fee simple | NA | ~35,000.00 | $0.00 |
| | | Total: | ~$2,669,000.00 | |

~Value represents fair market value

(Report also on Summary of Schedules)

Sheet 1 of 1 total sheets in Schedule of Real Property

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Michael R. Smith, Sr.**  _____   Case No.  **08-10080-DWH**
Debtor(s)

## ***AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. xxxxxx5983 **BancorpSouth Bank** Bankruptcy Department P. O. Box 4360 Tupelo, MS 38803-4360 | | N A | | 11/1996 1st Mortgage House and Lot located at 1317 Ridgewood Dr., Starkville, MS VALUE ~$287,000.00 | | | | $155,572.00 | $0.00 |
| ACCOUNT NO. **CDBG Economic DvlpmntLoan** Oktibbeha Co. Board of Sprvsrs P. O. Box 80285 Starkville, MS 39759 | | N A | | 6/2001 1st Deed of Trust R & D Facility, located at 320 Airport Road, Starkville, MS VALUE ~$1,350,000.00 | | | | $394,497.32 | $0.00 |
| ACCOUNT NO. 4208xxxx*** *** ~~Ford Credit~~ ~~P. O. Box 152271~~ ~~Irving, TX 75015~~ | ** * | N A | | ***2/2007 ~~2007 Lincoln Navigator of~~ ~~Michael R. Smith Family~~ ~~Limited Partnership~~ VALUE ***~~$0.00~~ | | | | ***~~$34,013.00~~ | ***~~$34,013.00~~ |
| ACCOUNT NO. xxx3308 **Heritage Banking Group** P. O. Box 437 Carthage, MS 39051 | | N A | | 11/2006 2nd Mortgage House & Lot located at 1317 Ridgewood Dr., Starkville, MS VALUE ~$287,000.00 | | | | $91,889.37 | $0.00 |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Michael R. Smith, Sr.** _____  Case No. **08-10080-DWH** _____

Debtor(s)

## ***AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. xxxxxx6882 Homecomings Financial 2711 North Haskell Ave., Ste. 900 Dallas, TX 75204 | | N | A | 5/2005 Deed of Trust Rental house and lot, located at 1617 Lark Drive, Gautier, MS VALUE ~$158,000.00 | | | | $119,928.28 | $0.00 |
| ACCOUNT NO. xxxxxx3561 Irwin-Union Bank P. O. Box 929 Columbus, IN 47202-0929 | | N | A | 10/2003 Deed of Trust Engineering Office, located at 2117 Washington Ave., Columbus, IN VALUE ~$152,000.00 | | | | $95,406.95 | $0.00 |
| ACCOUNT NO. xxx5495xxxx Merchants and Farmers Bank Bankruptcy Department P. O. Box 1847 Madison, MS 39130 | X | N | A | 7/2001 Secured/co-signed debt Savings account of non-filing spouse VALUE $0.00 | | | | $17,525.00 | Unknown |
| ACCOUNT NO. State Bank & Trust Company P. O. Box 54192 Pearl, MS 39288 | | N | A | 7/2001 1st Deed of Trust 202 ac. of timber land, located in Richland, Rankin Co., MS VALUE ~$687,000.00 | | | | $239,913.44 | $0.00 |
| ACCOUNT NO. xxxxxx40-07 U.S. Small Business Admin. Nat'l Disaster Loan ResolutionCtr 100 W. Santa Ana Blvd., Ste. 180 Santa Ana, CA 92701-4134 | | N | A | 2/2001 2nd Deed of Trust R & D Facility, located at 320 Airport Road, Starkville, MS VALUE ~$1,350,000.00 | | | | $177,484.36 | $0.00 |
| ACCOUNT NO. xxxxxx9202 Wachovia Bank Commercial Loan Services P. O. Box 740502 Atlanta, GA 30374-0502 | | N | A | 2004 ***(1) 1st Mortgage; (2) 2nd Deed of Trust ***(1) Real Property of Eva Legett Revocable Trust; (2) 202 ac. of timber land, located in Richland, Rankin Co., MS VALUE ~***$937,000.00 | | | | $117,910.44 | $0.00 |
| | | | | Total(s) (Use only on last page) | | | | $1,444,140.16 | $34,013.00 |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

~Value represents fair market value

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (12/07)

In re **Michael R. Smith, Sr.**  Case No. **08-10080-DWH**

Debtor(s)

# ***AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Sheet 1 of 3 total sheets in Schedule of
Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.
In re **Michael R. Smith, Sr.**  _____ Case No. **08-10080-DWH** _____
                               Debtor(s)

## ***AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to 5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Sheet 2 of 3 total sheets in Schedule of
Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re **Michael R. Smith, Sr.** , Debtor(s)

Case No. **08-10080-DWH**

## ***AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Internal Revenue Service  P. O. Box 21126  Philadelphia, PA 19114-0326 | | N A | 2005 Taxes | | | | $3,800.00 | 0.00 | $3,800.00 |
| Account No.  Oktibbeha Co. Tax Assessor and Collector  101 E. Main St.  Starkville, MS 39759 | | N A | ***2006 & 2007 Delinquent Property Taxes ***on R & D Facility | | | | $15,275.13 | 0.00 | $15,275.13 |
| Account No.  *** ~~Starkville-Oktibbeha County Airport Road Bryan Field 120 Airport Road Starkville, MS 39759~~ | | ~~N A~~ | ~~Airport Assessment Fees~~ | | | | ~~$5,028.00~~ | 0.00 | ~~$5,028.00~~ |
| | | | Subtotals:  (Totals of this page) | | | | ***19,075.13 | 0.00 | ***19,075.13 |
| | | | Total:  (Use only on last page of the completed Schedule E. Repeat also on the Summary of Schedules.) | | | | ***19,075.13 | | |
| | | | Totals:  (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | 0.00 | ***19,075.13 |

Sheet 3 of 3 total sheets in Schedule of Creditors Holding Unsecured Priority Claims

B6F (Official Form 6F) (12/07)

In re  **Michael R. Smith, Sr.**                                                          Case No.  **08-10080-DWH**
                                      Debtor(s)

# ***AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| ACCOUNT NO. xxxxxxxxxxxx1683 American Express P. O. Box 29781 Fort Lauderdale, FL 33329-7871 | | N | A | 2/1994 Credit card purchases, interest and fees | | | | ***$1,969.69 |
| ACCOUNT NO. xxxxxxxx9951xxxx Bank of America Credit Card Services P. O. Box 2493 Norfolk, VA 23501-2493 | | N | A | 3/2002 Credit card purchases, interest and fees | | *** | X | ***4,676.00 |
| ACCOUNT NO. *** Bank of Yazoo City c/o Douglas C. Noble, Esq. Phelps Dunbar LLP P. O. Box 23066 Jackson, MS 3925-3066 | *** X | *** N | A | *** Guaranty of Multipurpose Note and Security Agreement of 12/18/06 | | | | ***1,012,096.48 |
| ACCOUNT NO. *** Butler Snow Attorneys Att'n: Jan Griffin 6075 Poplar Ave., Ste. 500 Memphis, TN 38119 | *** X | *** N | A | ***Legal fees of MPI Center, LLC | | | | ***3,214.50 |

Sheet 1 of 3 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  Michael R. Smith, Sr. , Debtor(s)   Case No  08-10080-DWH

# ***AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *** ~~Charles McGuffee~~ ~~Clinton, MS~~ | | *** NA | *** ~~Potential Real Estate Commission - Sale of Timber & Recreational Land (in negotiation)~~ Sale will not take place | | | | ***~~132,000.00~~ |
| ACCOUNT NO. xxxxxxxx2490xxxx Chase 800 Brooksedge Blvd. Westerville, OH 43081 | | NA | 8/1999 Credit card purchases, interest and fees | | | *** X | 12,091.00 |
| ACCOUNT NO. David B. Smith c/o David Ringer, Esq. Ringer & Simmons P. O. Box 737 Florence, MS 39073 | | NA | Conservatorship of Maggie Legett Smith | | | X | Unknown |
| *** ACCOUNT NO.   4208xxxx Ford Credit P. O. Box 152271 Irving, TX 75015 | *** X | | ***2/2007 Guaranty of Debt of Michael R. Smith Family Limited Partnership on 2007 Lincoln Navigator Value: $37,085.00 | | | | ***$34,013.00 |
| ACCOUNT NO. Fountain Construction Company P. O. Box 10506 Jackson, MS 39289-0506 | *** X | NA | ***Guaranty of Debt of MPI Center LLC | | | | 414,524.00 |
| ACCOUNT NO. James A. Peden, Esq. P. O. Box 13308 Jackson, MS 39236 | *** X | NA | Estimated fee for legal services (debt of MPI Center LLC) | | | | ***15,018.59 |
| ACCOUNT NO. *** ~~Jason Ingram~~ ~~Bulldog Realty~~ ~~102 S. Jackson Street~~ ~~Starkville, MS 39759~~ | | *** NA | *** ~~Potential commission on sale of R & D Facility (in negotiation)~~ Sale will not take place | | | | ***~~58,000.00~~ |
| ACCOUNT NO. Knight & Mozingo, PLLC P. O. Box 4587 Jackson, MS 39296-4587 | | NA | Legal services | | | | ***18,800.00 |

Sheet 2 of 3 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael R. Smith, Sr.** Case No **08-10080-DWH**

Debtor(s)

# ***AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *** <br> Southern Consultants, Inc. <br> 5470 County Cork Road <br> Jackson, MS 39201 | X | NA | ***Guaranty of Debt of MPI Center LLC | | | | 50,930.00 |
| ACCOUNT NO. *** <br> Starkville Oktibbeha County Airport a/k/a Bryan Field <br> 120 Airport Road <br> Starkville, MS 39759 | | | ***Airport Access Fees | | | | ***5,028.00 |
| *** <br> U. S. FIA Card Services <br> Billing Inquiries <br> P. O. Box 15023 <br> Wilmington, DE 19850-5026 | | NA | *** Credit card purchases, interest and fees | | | X | ***14,759.00 |
| | | | Total <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | ***Unknown |

Sheet 3 of 3 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Michael R. Smith, Sr.** Debtor(s)   Case No. **08-10080-DWH**

## ***AMENDED SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Katie D. Smith<br>1317 Ridgewood Drive<br>Starkville, MS 39759 | ***<br>Bank of Yazoo City<br>c/o Douglas C. Noble, Esq.<br>Phelps Dunbar LLP<br>P. O. Box 23066<br>Jackson, MS 39225-3066<br><br>Merchants and Farmers Bank<br>Bankruptcy Department<br>P. O. Box 1847<br>Madison, MS 39130 |
| ***<br>MPI Center, LLC<br>1317 Ridgewood Drive<br>Starkville, MS 39759 | ***<br>Butler Snow Attorneys<br>Att'n: Jan Griffin<br>6075 Poplar Ave., Ste. 500<br>Memphis, TN 38119<br><br>***<br>Fountain Construction Company<br>P. O. Box 10506<br>Jackson, MS 39289-0506<br><br>***<br>James A. Peden, Esq.<br>P. O. Box 13308<br>Jackson, MS 39236<br><br>***<br>Southern Consultants, Inc.<br>5470 County Cork Road<br>Jackson, MS 39201 |
| ***<br>Michael R. Smith Family Limited Partnership<br>1317 Ridgewood Drive<br>Starkville, MS 39759 | ***<br>Bank of Yazoo City<br>c/o Douglas C. Noble, Esq.<br>Phelps Dunbar LLP<br>P. O. Box 23066<br>Jackson, MS 39225-3066 |

Sheet 1 of 2 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re  **Michael R. Smith, Sr.**                                          Case No.  **08-10080-DWH**

## ***AMENDED SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ***<br>NRIC Properties, LLC<br>1317 Ridgewood Drive<br>Starkville, MS 39759 | ***<br>Ford Credit<br>P. O. Box 152271<br>Irving, TX 75015<br><br>***<br>Bank of Yazoo City<br>c/o Douglas C. Noble, Esq.<br>Phelps Dunbar LLP<br>P. O. Box 23066<br>Jackson, MS 39225-3066 |

Sheet 2 of 2 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Michael R. Smith, Sr.**                                                         Case No.  **08-10080-DWH**
                                   Debtor(s)                                              Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **13** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **06/12/08**                    Signature  **/s/ Michael R. Smith, Sr.**
                                                 **Michael R. Smith, Sr.**
                                                 Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy