## MONTHLY OPERATING REPORT

CHAPTER 11

CASE NAME: __Michael R. Smith, Sr.__

CASE NUMBER: __08-10080-DWH__   For Period __7-1__ to __7-31__, 20__09__.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {✓} | { } | Comparative Balance Sheet (FORM 2-B) |
| {✓} | { } | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {✓} | { } | Supporting Schedules (FORM 2-E) |
| {✓} | { } | Narrative (FORM 2-F) |
| {✓} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: __9-16-09__   Debtor(s)*: __Michael R. Smith__
(date)

By:** _____

Position: _____

Name of preparer: _____

Telephone No. of Preparer _____

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: Michael R. Smith, Sr.

CASE NUMBER: 08-10080-DWH

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date May 2008 | Month Jan '09 | Month Jul '09 | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash.................................... | | 832 | 2588 | | | | |
| Accounts Receivable, Net............... | | 0 | | | | | |
| Inventory, at lower of cost or market... | | — | — | | | | |
| Prepaid expenses & deposits............ | | — | — | | | | |
| Other _____ | | — | | | | | |
| TOTAL CURRENT ASSETS.................... | | 832 | 2588 | | | | |
| PROPERTY, PLANT & EQUIPMENT............. | | | | | | | |
| Less accumulated depreciation.......... | | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT......... | | | | | | | |
| **OTHER ASSETS** | | | | | | | |
| PERSONAL PROPERTY | | 2,471,632 | | | | | |
| REAL PROPERTY | | 2,667,000 | | | | | |
| TOTAL OTHER ASSETS...................... | | 5,140,632 | 5,140,532 | | | | |
| TOTAL ASSETS............................ | | 5,141,369 | 5,143,120 | | | | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). <u>All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.</u>

FORM 2-B
Page 1 of 2
1/08

COMPARATIVE BALANCE SHEET

CASE NAME: Michael R. Smith, Sr.

CASE NUMBER: _____

| | Filing Date 5-20-08 | Month Jun '09 | Month Jul '09 | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3) | | 0 | 0 | | | | |
| Accounts payable (Form 2-E, pg.1 of 3) | | 0 | 0 | | | | |
| Other: _____ | | | | | | | |
| TOTAL POST-PETITION LIABILITIES | | 0 | 0 | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable – secured | | 1,444,140 | 1,444,140 | | | | |
| Priority debt | | 8,828 | 8,828 | | | | |
| Unsecured debt | | 18,564 | 18,564 | | | | |
| Other _____ | | | | | | | |
| TOTAL LIABILITIES | | 1,471,532 | 1,471,532 | | | | |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| RETAINED EARNINGS: | | | | | | | |
| Through filing date | | | | | | | |
| Post filing date | | | | | | | |
| TOTAL EQUITY (NET WORTH) | | 3,669,832 | 3,671,688 | | | | |
| TOTAL LIABILITIES & EQUITY | | 5,141,364 | 5,143,120 | | | | |

FORM 2-B
Page 2 of 2
1/08

CASE NAME: Michael R. Smith, Sr.

CASE NUMBER: 08-10080-DWH

## PROFIT AND LOSS STATEMENT

| | Month Jun '09 | Month Jul '09 | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| NET REVENUE | 2693 | 4493 | | | | |
| COST OF GOODS SOLD: | | | | | | |
| Material | | | | | | |
| Labor - Direct | | | | | | |
| Manufacturing Overhead | | | | | | |
| TOTAL COST OF GOODS SOLD | | | | | | |
| GROSS PROFIT | 2693 | 4493 | | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | | | | | | |
| Other PERSONAL EXPENSES | 3444 | 2463 | | | | |
| TOTAL OPERATING EXPENSES | 3444 | 2463 | | | | |
| INTEREST EXPENSE | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES | -751 | 1757 | | | | |
| DEPRECIATION OR AMORTIZATION | | | | | | |
| EXTRAORDINARY EXPENSES * | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | |
| NET INCOME (LOSS) | -751 | 1757 | | | | |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C
1/08

CASE NAME: __Michael R. Smith, Sr.__   CASE NUMBER: __08-10080-DWH__

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period __7-1__ to __7-31__, 20__09__

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance from last month's report)   $ __832__

2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's)   $ __4193__

3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's)   $( __2436__ )

4. Net Cash Flow   $ __1757__

5. Ending Cash Balance (to FORM 2-B)   $ __2588__

### CASH SUMMARY - ENDING BALANCE

|   | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $ | |
| 3. Operating and/or Personal Account | $ __2588__ | |
| 4. Payroll Account | $ | |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |
| TOTAL (must agree with line 5 above) | $ __2588__ | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid   $ __2588__ *

* NOTE: This amount should be used to determine UST quarterly fees due and agree with Form 2-D, page 2 of 4.

FORM 2-D
Page 1 of 4
1/08

CASE NAME: __Michael R. Smith, Sr.__    CASE NUMBER: __08-10080-DWH__

## QUARTERLY FEE SUMMARY

MONTH ENDED __July 2009__

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 1788 | | | |
| February | $ 2168 | | | |
| March | $ 1291 | | | |
| Total 1st Quarter | $ 5,247 | $ 325 | 3059 | 4-20-09 |
| April | $ 3,969 | | | |
| May | $ 2332 | | | |
| June | $ 3344 | | | |
| Total 2nd Quarter | $ 9645 | $ 325 | 3103 | 8-24 |
| July | $ 2688 | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/08

CASE NAME: __Michael R. Smith, Sr.__

CASE NUMBER: __08-10080-DWH__

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __7-1__ to __7-31__, 20__09__

Account Name: __MRS-DIP__    Account Number: __603727173__

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|

SEE ATTACHED SCHEDULE

Total Cash Receipts    $ __4193__

FORM 2-D
Page 3 of 4
1/08

CASE NAME: Michael R. Smith, Sr.

CASE NUMBER: 08-10080-DWH

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period **7-1** to **7-31**, 20**09**

Account Name: **MRS-DIP**   Account Number: **603727173**

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

**SEE ATTACHED SCHEDULE**

Total Cash Disbursements  $ **2436**

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/08

## SUMMARY OF BANK ACCOUNT TRANSACTIONS
### M & F BANK
Account No. 603727173
Michael R. Smith, Sr. - DIP
Period: July 1 - July 31, 2009

| Date | | Credit | Debit | Balance |
|---|---|---|---|---|
| | Previous Balance | | | 831.74 |
| **DEPOSITS** | | | | |
| 7/8 | Soc. Sec. | 1,645.00 | | |
| 7/7 | Rental Income | 548.00 | | |
| 7/17 | Consulting Fees | 2,000.00 | | |
| **TOTAL DEPOSITS** | | 4,193.00 | | 5,024.74 |

| DEBITS | Check No. | PAYEE | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 7/8 | 3080 | Mike Smith - Cash | | 100.00 | 4,924.74 |
| 7/28 | 3081 | Heritage Bank | | 600.00 | 4,324.74 |
| 7/23 | 3082 | BancorpSouth - Home Mortgage | | 900.00 | 3,424.74 |
| 7/24 | 3083 | Brian Harris - Home Maintenance | | 250.00 | 3,174.74 |
| 7/22 | 3084 | Wal-Mart - Drugs | | 86.00 | 3,088.74 |
| 7/28 | 3085 | Katie Smith - Travel Expenses | | 500.00 | 2,588.74 |

| BALANCE, ENDING | | 4,193.00 | 2,436.00 | 2,588.74 |
|---|---|---|---|---|
| | Bank Balance, Ending | | | 2,588.74 |
| | Net Cash Flow >>> | | | 1,757.00 |



**M&F Bank**

P.O. BOX 520 • KOSCIUSKO, MS 39090
1-800-379-5465
www.mfbank.com

FDIC

```
                                      000 00006 01                PAGE:      1
                                      ACCOUNT:    603727173       07/16/2009
```

```
            ************AUTO**5-DIGIT 39759
            1205 0.5885 AV 0.335    3 1 342
            MICHAEL R SMITH SR
            DEBITOR IN POSSESSION CASE NO.                              95
            1317 RIDGEWOOD DRIVE                                         1
            STARKVILLE MS   39759-9177                                   4
```

==================================================================
        ENROLL FOR PERSONAL E-STATEMENTS ONLINE AT www.mfbank.com
==================================================================
                    FREE CHECKING ACCOUNT 603727173
==================================================================

```
                        LAST STATEMENT  06/16/09         3,190.64
                                      2 CREDITS          2,193.00
                                      5 DEBITS           2,458.90
                        THIS STATEMENT  07/16/09         2,924.74
```

- - - - - - - - - - DEPOSITS - - - - - - - - - -

```
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
          07/07      548.00
```

- - - - - - - - OTHER CREDITS - - - - - - - -

```
DESCRIPTION                                              DATE        AMOUNT
US TREASURY 303 SOC SEC XXXXX6144A SSA                 07/08       1,645.00
```

- - - - - - - - - - CHECKS - - - - - - - - -

```
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
3076 06/30          600.00   3078*06/29         864.25
3077 06/26          460.65   3080 07/08         100.00
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - OTHER DEBITS - - - - - - - -

```
DESCRIPTION                                              DATE        AMOUNT
CAPITAL ONE ARC CHECK PYMT 3079                         06/26        434.00
```

- - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

```
                                        THIS PERIOD         YEAR TO DATE
NSF PAID ITEM FEE:                            .00                  .00
NSF RETURNED ITEM FEE:                        .00                  .00
OVERDRAFT FEES:                               .00                  .00
```

*** C O N T I N U E D ***

LFS-201D

**M&F Bank**



P.O. BOX 520 • KOSCIUSKO, MS 39090
1-800-379-5465
www.mfbank.com

```
                                    000 00006 01              PAGE:     2
                                    ACCOUNT:      603727173    07/16/2009
```

MICHAEL R SMITH SR

==================================================================
                  FREE CHECKING ACCOUNT 603727173
==================================================================
              - - - - - - - -  DAILY BALANCE  - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06/26 | 2,295.99 | 06/30 | 831.74 | 07/08 | 2,924.74 |
| 06/29 | 1,431.74 | 07/07 | 1,379.74 | | |

LFS-201D



```
                                      000 00006 01                PAGE:    1
                                      ACCOUNT:      603727173    08/14/2009
```

**M&F Bank**

P.O. BOX 520 • KOSCIUSKO, MS 39090
1-800-379-5465
www.mfbank.com

FDIC

```
            ************AUTO**5-DIGIT 39759
            1192 0.5885 AV 0.335    3 1 326
            MICHAEL R SMITH SR
            DEBITOR IN POSSESSION CASE NO.                              95
            1317 RIDGEWOOD DRIVE                                         3
            STARKVILLE MS   39759-9177                                   8
```

================================================================================
             ENROLL FOR PERSONAL E-STATEMENTS ONLINE AT www.mfbank.com
================================================================================
                        FREE CHECKING ACCOUNT 603727173
================================================================================

```
                              LAST STATEMENT 07/16/09      2,924.74
                                           4 CREDITS       6,406.00
                                          11 DEBITS        5,381.30
                              THIS STATEMENT 08/14/09      3,949.44

              - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
          07/17   2,000.00           08/06     548.00           08/12   2,175.00

              - - - - - - - - OTHER CREDITS - - - - - - - -
                                                          DATE           AMOUNT
DESCRIPTION
US TREASURY 303 SOC SEC XXXXX6144A SSA                    08/12        1,683.00

              - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
       *08/05      150.00   3083*07/24      250.00      3089*08/10       160.00
   3081 07/28      600.00   3086*08/04      325.00      3091 08/14     2,175.00
   3082 07/23      900.00   3088 08/12      185.30

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

              - - - - - - - - - OTHER DEBITS - - - - - - -
                                                          DATE          AMOUNT
DESCRIPTION                                               07/22          86.00
WAL-MART STORES PURCHASE 3084 STARMS                      07/28         500.00
CAPITAL ONE ARC CHECK PYMT 3085                           08/03          50.00
MMI PAYMENT PAYMENT 006154267174 1

           - - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -
                                     THIS PERIOD          YEAR TO DATE

            NSF PAID ITEM FEE:           .00                  .00
            NSF RETURNED ITEM FEE:       .00                  .00
            OVERDRAFT FEES:              .00                  .00

                     * * *  C O N T I N U E D  * * *
```

LFS-201D



```
                                        000 00006 01                PAGE:     2
                                        ACCOUNT:      603727173     08/14/2009

        P.O. BOX 520 • KOSCIUSKO, MS 39090
               1-800-379-5465
               www.mfbank.com

        MICHAEL R SMITH SR
```

================================================================================
                        FREE CHECKING ACCOUNT 603727173
================================================================================
                - - - - - - -  DAILY BALANCE  - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
07/17        4,924.74      07/28         2,588.74     08/06          2,611.74
07/22        4,838.74      08/03         2,538.74     08/10          2,451.74
07/23        3,938.74      08/04         2,213.74     08/12          6,124.44
07/24        3,688.74      08/05         2,063.74     08/14          3,949.44

CASE NAME: Michael R. Smith, Sr.    CASE NUMBER: 08-10080-DWH

## SUPPORTING SCHEDULES

For Period 7-1 to 7-31, 2009

POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | | | $ | $ | $ | $ |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | NA | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $ | $ | $ | $ |

FORM 2-E
Page 1 of 3
1/08

CASE NAME: Michael R. Smith    CASE NUMBER: 08-10080-DWH

SUPPORTING SCHEDULES
For Period 7-1 to 7-31-, 20 09

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| | | | NA | | | |

FORM 2-E
Page 2 of 3
1/08

CASE NAME: Michael R. Smith, Sr.   CASE NUMBER: 08-10080-DWH

## SUPPORTING SCHEDULES

For Period 7-1 to 7-31, 2009

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Compensation | | | | |
| General Liability | | | | |
| Property (Fire, Theft) | | | | |
| Vehicle | | | | |
| Other (list): | | | | |

NA

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

FORM 2-E
Page 3 of 3
1/08

CASE NAME: Michael R. Smith, Sr.    CASE NUMBER: 08-10080-DWH

## NARRATIVE STATEMENT

For Period July 1 to July 31, 2009

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

- Worked with attys on case matters.
- Worked on release of MDOT easement on 202 AC tract.
- Worked on acquiring loan for NRIC Warehouse.
- Continued payments to Heritage Bank
- Continued marketing residence.
- Worked with BYC to revise Metro Letter of Commitment on loan.
- Worked with BYC on sale of lot in NRIC Park.
- Sold 202 AC. tract at Court Auction.

FORM 2-F
1/08