## MONTHLY OPERATING REPORT
### CHAPTER 11

CASE NAME: __Michael R. Smith, Sr.__

CASE NUMBER: __08-10080-DWH__   For Period __Dec 1__ to __Dec 31__, 20__18__.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| { } | {✓} | Comparative Balance Sheet (FORM 2-B) |
| { } | {✓} | Profit and Loss Statement (FORM 2-C) |
| {✓} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| { } | {✓} | Supporting Schedules (FORM 2-E) |
| { } | {✓} | Narrative (FORM 2-F) |
| { } | {✓} | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: __1-24-2019__   Debtor(s)*: __Michael R. Smith__
(date)

By:** _____

Position: _____

Name of preparer: _____

Telephone No. of Preparer _____

\* both debtors must sign if a joint petition

\** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: __Michael R. Smith, Sr.__   CASE NUMBER: __08-10080-DWH__

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period __12-1__ to __12-31__, 20__18__

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance from last month's report)   $ __301__

2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's)   $ __2735__

3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's)   $( __2643__ )

4. Net Cash Flow   $ __91-__

5. Ending Cash Balance (to FORM 2-B)   $ __392-__

### CASH SUMMARY - ENDING BALANCE

|  | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $ | |
| 3. Operating and/or Personal Account | $ __392__ | |
| 4. Payroll Account | $ | |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |
| TOTAL (must agree with line 5 above) | $ __392__ | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid   $ __2643__   *

* NOTE: This amount should be used to determine UST quarterly fees due and agree with Form 2-D, page 2 of 4.

FORM 2-D
Page 1 of 4
1/08

CASE NAME: __Michael R. Smith, Sr.__   CASE NUMBER: __08-10080-DWH__

## QUARTERLY FEE SUMMARY

MONTH ENDED _____

| Payment Date | Cash Disbursements* | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 2,868 | | | |
| February | $ 2,275 | | | |
| March | $ 7,552 | | | |
| Total 1st Quarter | $ 12,695 | $ 325 | 5179 | 5-7-18 |
| April | $ 1,978 | | | |
| May | $ 2,725 | | | |
| June | $ 2,291 | | | |
| Total 2nd Quarter | $ 6,994 | $ 325 | 5188 | 6-14-18 |
| July | $ 2,929 | | | |
| August | $ 2,501 | | | |
| September | $ 1,840 | | | |
| Total 3rd Quarter | $ 7,270 | $ 325 | 5208 | 11-10-18 |
| October | $ 3,673 | | | |
| November | $ 2,112 | | | |
| December | $ 2,644 | | | |
| Total 4th Quarter | $ 8,429 | $ 325 | 5219 | 1-24-19 |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/08

CASE NAME: __Michael R. Smith, Sr.__

CASE NUMBER: __08-10080-DWH__

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __12-1__ to __12-31__, 20__18__

Account Name: __MRS-DIP__   Account Number: __▓▓▓▓7173__

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|---|---|---|
| | See attached summary | |

Total Cash Receipts   $ __2735—__

FORM 2-D
Page 3 of 4
1/08

CASE NAME: __Michael R. Smith, Sr.__

CASE NUMBER: __08-10080-DWH__

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __12-1__ to __12-31__, 20__18__

Account Name: __MRS-DIP__   Account Number: __■■■■7173__

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|---|---|---|---|---|

See attached summary

Total Cash Disbursements  $ __2644—__

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/08

## SUMMARY OF BANK ACCOUNT TRANSACTIONS
## RENASANT BANK
Account No. ▮▮▮7173

### Michael R. Smith, Sr. - DIP

DECEMBER 2018

| Date | | Credit | Debit | Balance |
|---|---|---|---|---|
| 12/31/18 | Previous Balance | | | 301.31 |
| | **DEPOSITS** | | | |
| 12/12/18 | Social Security | 1,835.00 | | |
| 12/3/18 | Mike Smith | 60.00 | | |
| 12/4/18 | Lisa Poole | 600.00 | | |
| 12/26/18 | | 240.00 | | |
| **TOTAL DEPOSITS & BALANCE** | | 2,735.00 | | |

### DISBURSEMENTS

| Date | Check No. | PAYEE | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 13/03/18 | ACH | SAFECO INSURANCE, Auto & Home | | 165.33 | |
| 12/3/18 | 5209 | Synchrony Bank/ CareCredit | | 156.00 | |
| 12/4/18 | ACH | PRIMERICA FINANCIAL | | 25.00 | |
| 12/12/18 | 5212 | Mike Smith, Expenses | | 200.00 | |
| 12/14/18 | EFT | Primerica Financial | | 510.00 | |
| 12/18/18 | ETF | Partners Financial Credit | | 200.00 | |
| 12/19/18 | 5221 | Ray Mehra - Rent | | 1,350.00 | |
| 12/21/18 | 5213 | MISS. Professional Engineers - Lic. Fee | | 37.50 | |

| | | | | | |
|---|---|---|---|---|---|
| **BALANCE, ENDING** | | | 2,735.00 | 2,643.83 | 392.48 |
| | | Bank Balance, Ending | | | 392.48 |
| | | Net Cash Flow >>> | | | 91.17 |